AMERIGO SCARPA *v.* ROBERT CASNER
(13698)

FOTI, SPEAR and HENNESSY, Js.

Submitted on briefs April 21—decision released May 16, 1995

*Theodore V. Raczka, Nancy Conaway-Raczka* and *John F. Shaw* filed a brief for the appellant (defendant).

*Nicholas W. Francis* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.